### 16311.  JOHNS *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and none of the special grounds of the motion for a new trial shows reversible error. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1925. REHEARING DENIED JUNE 9, 1925.

Manslaughter; from Fulton superior court—Judge Howard. February 7, 1925.

*Smith & Watson,* for plaintiff in error.

*John A. Boykin,* solicitor-general, *Ralph L. Pharr,* contra.